FILED by CF D.C.
ELECTRONIC
OCT 23, 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 07-20832-CR-COOKE/BROWN**

**18 U.S.C. § 1349**
**18 U.S.C. § 982(a)(2)**

**UNITED STATES OF AMERICA**

**vs.**

**HUGO A. RODRIGUEZ,**
**RONALD GORDON LICHTE,**
**CONNIE MARIE CULLIFER, and**
**JOHN C. KELLY,**

**Defendants.**
______________________________/

# INDICTMENT

The Grand Jury charges that:

## GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1. Defendant **HUGO A. RODRIGUEZ** was an individual who held himself out to be a real estate investor.

2. Kimkeki Solutions Corporation ("Kimkeki") and Colusa Enterprises Corporation ("Colusa") were Florida corporations that were owned and operated by **HUGO A. RODRIGUEZ.**

3. Kimkeki and Colusa maintained bank accounts at Washington Mutual Bank, F.A., in the Southern District of Florida.

4. Mortgage Network Solutions ("MNS") was a Delaware corporation that was licensed to do business in the State of Florida.

5. Defendant **RONALD GORDON LICHTE** was a licensed mortgage broker and the manager of MNS' Tampa, Florida office.

6. Defendant **CONNIE MARIE CULLIFER** resided in Hillsborough County, Florida and was a loan processor and employee of **RONALD GORDON LICHTE** and MNS.

7. Defendant **JOHN C. KELLY** resided in Hillsborough County, Florida and at the direction of **HUGO A. RODRIGUEZ** and **RONALD GORDON LICHTE**, served as a straw buyer of one property located in Miami-Dade County.

8. American Mortgage Network was a mortgage lender located in Tampa, Florida.

9. Pelican Capital Investment Corporation was a mortgage lender located in Newport Richie, Florida.

10. American Brokers Conduit was a mortgage lender located in Melville, New York.

11. New Century Mortgage was a mortgage lender located in Tampa, Florida.

12. JP Morgan Chase Bank ("JP Morgan") was a financial institution whose accounts were insured by the Federal Deposit Insurance Corporation. JP Morgan was a warehouse lender for American Mortgage Network.

13. Regions Bank , d/b/a Regions Funding ("Regions"), was a financial institution whose accounts were insured by the Federal Deposit Insurance Corporation. Regions was a warehouse lender for Pelican Capital Investment Corporation.

14. Deutsche Bank Trust Company Americas ("Deutsche Bank") was a financial institution whose accounts were insured by the Federal Deposit Insurance Corporation. Deutsche Bank was a warehouse lender for American Brokers Conduit and New Century Mortgage.

15. Cypress Title Company served as escrow and closing agent for American Mortgage

Network, Pelican Capital Investment Corporation, American Brokers Conduit and New Century Mortgage and maintained a bank account at Mercantile Bank in Brandon, Florida.

**COUNT 1**
CONSPIRACY TO COMMIT
WIRE FRAUD
(18 U.S.C. § 1349)

16. Paragraphs 1 through 15 of the General Allegations section of this Indictment are realleged and incorporated by reference as though fully set forth herein.

17. From in or around June, 2006, through in or around October, 2007, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

**HUGO A. RODRIGUEZ,**
**RONALD GORDON LICHTE,**
**CONNIE MARIE CULLIFER, and**
**JOHN C. KELLY,**

did willfully, that is, with the intent to further the unlawful object of the conspiracy, and knowingly combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury, to commit certain offenses against the United States, that is, to knowingly and with intent to defraud devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that they were false and fraudulent when made, and transmitting and causing to be transmitted certain wire communications in interstate and foreign commerce, for the purpose of executing the scheme, in violation of Title 18, United States Code, Section 1343.

**Purpose of the Conspiracy**

18. It was the purpose of the conspiracy for the defendants to unjustly enrich themselves by: (a) recruiting straw buyers, who for a fee, would purchase luxury condominiums and residential properties in their names using their credit histories; (b) obtaining and preparing false and fraudulent Verification of Employment and Verification of Deposit forms; (c) submitting false and fraudulent mortgage loan applications and related documents to banks and lending institutions, thereby inducing the banks and other lending institutions to make loans to the straw buyers; and (d) diverting the loan proceeds for their personal use and benefit and to further the conspiracy.

**The Manner and Means of the Conspiracy**

The manner and means by which the defendants sought to accomplish the object of the conspiracy included, among others things, the following:

19. **HUGO A. RODRIGUEZ** would locate luxury condominiums and residential properties that were available for purchase.

20. **HUGO A. RODRIGUEZ** and **RONALD GORDON LICHTE** would recruit and pay straw buyers, such as **JOHN C. KELLY**, to use their names, credit histories, and signatures on mortgage loan documents to obtain financing to purchase the selected properties.

21. **HUGO A. RODRIGUEZ, RONALD GORDON LICHTE** and **CONNIE MARIE CULLIFER** would prepare and cause to be prepared on behalf of the straw buyers false and fraudulent mortgage loan applications which would be submitted to banks and other lending institutions.

22. To induce the banks and lending institutions to fund the requested loans, **HUGO A. RODRIGUEZ, RONALD GORDON LICHTE** and **CONNIE MARIE CULLIFER** would

prepare and cause to be prepared as part of the false loan applications submitted to banks and lending institutions, fraudulent Verification of Employment forms, income and asset statements, and funds on deposit. The loan applications submitted to banks and lending institutions also would include HUD Settlement Statement Forms that falsely stated the straw buyers were bringing their own money to transaction closings when, in truth and in fact, the straw buyers were bringing no such funds to closing. Based on these and other fraudulent representations, the banks and lending institutions would fund the loans by the use of interstate wires.

23. In some cases, after a property was purchased by a straw buyer, **HUGO A. RODRIGUEZ** would recruit another straw buyer to purchase the property from the initial straw buyer at an inflated price. This would allow the defendants to divert a substantial portion of the fraudulently obtained loan proceeds for their personal use and benefit, and to further the fraud scheme.

24. **HUGO A. RODRIGUEZ, JOHN C. KELLY**, and others would fail to make payments on the loans obtained as part of the scheme, causing the properties to go into foreclosure and causing the banks and lending institutions to suffer substantial losses.

All in violation of Title 18, United States Code, Section 1349.

## FORFEITURE ALLEGATIONS

a. The General Allegations and the allegations of Count 1 of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of certain property in which the defendants have an interest, pursuant to the provisions of Title 18, United States Code, Sections 982(a)(2) and 982(b), and the procedures set forth at Title 21, United States Code, Section 853.

b. Upon conviction of any of the offenses charged in Count 1, **HUGO A. RODRIGUEZ, RONALD GORDON LICHTE, CONNIE MARIE CULLIFER**, and **JOHN C. KELLY**, shall forfeit to the United States any property constituting, or derived from, any proceeds which the defendant obtained, directly or indirectly, as the result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2) and 982(b).

All pursuant to Title 18, United States Code, Sections 982(a)(2) and 982(b) and Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

KIMBERLY A. SELMORE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA CASE NO. ____________________

vs.

Hugo A. Rodriguez, Ronald Gordon Lichte, Connie Marie Cullifer, and John C. Kelly,

Defendants. ____________________/

# CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

_X_ Miami ___ Key West
___ FTL ___ WPB ___ FTP

New Defendant(s) Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) _No_
List language and/or dialect ____________

4. This case will take _7_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
(Check only one) (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | ___ | Petty | ___ |
| II | 6 to 10 days | _X_ | Minor | ___ |
| III | 11 to 20 days | ___ | Misdem. | ___ |
| IV | 21 to 60 days | ___ | Felony | _X_ |
| V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) _No_
If yes:
Judge: ____________ Case No. ____________
(Attach copy of dispositive order)
Has a complaint been filed in this matter? (Yes or No) _Yes_
If yes:
Magistrate Case No. _07-3201-CR-RLD_
Related Miscellaneous numbers: ____________
Defendant(s) in federal custody as of ____________
Defendant(s) in state custody as of ____________
Rule 20 from the ____________ District of ____________

Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? ___ Yes _X_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No
If yes, was it pending in the Central Region? ___ Yes _X_ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003? ___ Yes _X_ No

11. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes _X_ No

[signature]
Kimberly A Selmore
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0616524

*Penalty Sheet(s) attached

REV.9/11/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **Hugo A. Rodriguez**

**Case No:**

Count #: 1

Conspiracy To Commit Wire Fraud

18 U.S.C. § 1349

*** Max.Penalty** 20 years' imprisonment

Count #:

*** Max.Penalty**

Count #:

*** Max.Penalty**

Count #:

***Max. Penalty:**

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:** **Ronald Gordon Lichte**

**Case No:**

Count #: 1

Conspiracy To Commit Wire Fraud

18 U.S.C. § 1349

*** Max.Penalty** 20 years' imprisonment

Count #:

*** Max.Penalty**

Count #:

*** Max.Penalty**

Count #:

***Max. Penalty:**

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:** **Connie Marie Cullifer**

**Case No:**

Count #: 1

Conspiracy To Commit Wire Fraud

18 U.S.C. § 1349

*** Max.Penalty** 20 years' imprisonment

Count #:

*** Max.Penalty**

Count #:

*** Max.Penalty**

Count #:

***Max. Penalty:**

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:** **John C. Kelly**

**Case No:**

Count #: 1

Conspiracy To Commit Wire Fraud

18 U.S.C. § 1349

*** Max.Penalty** 20 years' imprisonment

Count #:

*** Max.Penalty**

Count #:

*** Max.Penalty**

Count #:

***Max. Penalty:**

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**